Certificate Number: 14912-CAC-DE-040840838

Bankruptcy Case Number: 26-11041



14912-CAC-DE-040840838

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 10, 2026, at 12:26 o'clock PM EDT, Ernest Savedra completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   April 10, 2026                      By:      /s/Jai Bhatt

Name:   Jai Bhatt

Title:   Counselor